IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AXIVA HEALTH SOLUTIONS, INC., *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| INFUSION CENTER OF PENNSYLVANIA LLC, *Defendant* | : : : | No. 21-5313 |

### ORDER

**AND NOW** this 6th day of April, 2022, upon consideration of Axiva Health Solutions, Inc.'s Motion for Attorney Fees and Costs (Doc. No. 15), Infusion Center of Pennsylvania LLC's response in opposition (Doc. No. 19), this Court having held a hearing on attorneys' fees on January 31, 2022, the exhibits introduced at the January 31 hearing, and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the Motion (Doc. No. 15) is **GRANTED IN PART**, as follows:

1. Counsel for Axiva Health Solutions, Inc. are awarded attorneys' fees in the amount of $10,533.33, with any applicable interest accrued after the entry of this order; and

2. Counsel for Axiva Health Solutions, Inc. are awarded reimbursement in the amount of $467, with any applicable interest accrued after the entry of this order.[1]

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The Court retains jurisdiction over the stipulated permanent injunction to include resolution of any matters which may arise related to the distribution of attorneys' fees and expenses.

1